354

709 A.2d 196

IN THE MATTER OF RONALD G. RUBIN,
AN ATTORNEY AT LAW.

April 24, 1998.

## ORDER

The Disciplinary Review Board on January 8, 1998, having filed with the Court its decision concluding that **RONALD G. RUBIN** of **CHERRY HILL**, who was admitted to the bar of this State in 1976, should be reprimanded for violating *RPC* 1.8(e) (providing financial assistance to a client) and 1.15(d) (failure to comply with the recordkeeping requirements of *Rule* 1:21–6), and good cause appearing

It is ORDERED that **RONALD G. RUBIN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.